# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

| | |
|---|---|
| **MITCHIL BECHET,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 0:17-cv-62275-BB |
| | ) |
| **COMENITY LLC, a Foreign Limited** | ) |
| **Liability Company d/b/a Comenity Bank,** | ) |
| | ) |
|     **Defendant.** | ) |

## RESPONSE TO THIS COURT'S JANUARY 24, 2018 ORDER AND NOTICE OF SETTLEMENT

**COMES NOW** Defendant, Comenity Bank ("Defendant"), improperly named in the complaint as Comenity, LLC, by and through its undersigned counsel, and hereby gives notice that the parties reached an agreement in principal on or about January 4, 2018 to resolve all matters and claims pending between Plaintiff Mitchil Bechet ("Plaintiff") and Defendant. The parties are exchanging settlement documents and Defendant respectfully requests forty-five (45) days to memorialize the settlement and file the necessary papers to dismiss the claims between Plaintiff and Defendant.

Additionally, in response to this court's January 24, 2018 Order, Defendant's counsel apologizes for failing to notify the Court of the tentative settlement prior to the deadline set by the court for the filing of a joint proposed order scheduling mediation.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this court issue an Order staying this case and giving the parties forty-five (45) days to finalize settlement and submit a joint stipulation of dismissal.

31082341 v1

Respectfully submitted this 25th day of January, 2018.

*/s/ Zachary D. Miller*
Zachary D. Miller (BPR #95669)
BURR & FORMAN LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201
zmiller@burr.com

*Attorney for Defendant Comenity Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 25th day of January, 2018:

> Jordan A. Shaw, Esq.
> Zebersky Payne LLP
> 110 SE 6th Street
> Ste. 2150
> Ft. Lauderdale, FL 33301
> jshaw@zpllp.com

> */s/ Zachary D. Miller*
> Zachary D. Miller