UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-62275-BLOOM/Valle

MITCHIL BECHET

    Plaintiff,

v.

COMENITY LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation Dismissal. *See* ECF No. [19]. It is **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED WITH PREJUDICE**, with the parties bearing their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2018.

    **BETH BLOOM**
    **UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record